IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCEPTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-cv-00614 |
| v. ) | Senior Judge Haynes |
| ) | |
| METAL BULLETIN LTD., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's motion to ascertain status (Docket Entry No. 23) is **GRANTED**. In accordance with the Memorandum filed herewith, Defendant Metal Bulletin's motion to dismiss (Docket Entry No. 11) is **GRANTED** and this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 29th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge